

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIY AVETISYANTS,<br>AMG TRADING, LTD.,<br>    Plaintiffs,<br><br>v.<br><br>ASTROMEDIA GLOBAL, INC.,<br>ALEXANDER NEHRING,<br>    Defendants. | No. 3:12-cv-912 (SRU) |

## VERDICT FORM

We, the jury, unanimously find:

**Question 1 (Breach of Contract):** Have the plaintiffs proven by a preponderance of the evidence that the defendant, AstroMedia, breached a contract with AMG Trading?

Yes ✓   No ___

*If you answered YES, please proceed to Question 2. If you answered NO, please proceed to Question 4.*

**Question 2 (Compensatory Damages):** Have the plaintiffs proven by a preponderance of the evidence that AMG Trading is entitled to compensatory damages for the breach of contract by the defendant AstroMedia?

Yes ✓   No ___

*Please proceed to Question 3.*

**Question 3 (Lost Profits):** Have the plaintiffs proven by a preponderance of the evidence that AMG Trading is entitled to lost profits as a result of the breach of contract by the defendant AstroMedia?

Yes ✓   No ___

*Please proceed to Question 6.*

**Question 4 (Unjust Enrichment):** Have the plaintiffs proven by a preponderance of the evidence that either of the defendants were unjustly enriched by the provision of the $250,000?

    AstroMedia: Yes _____ No _____
    Nehring:  Yes _____ No _____

*If you answered YES for <u>either</u> defendant, please proceed to Question 5. If you answered NO for <u>both</u> defendants, please proceed to Question 6.*

**Question 5 (Restitution):** Have the plaintiffs proven by a preponderance of the evidence that they are entitled to restitution from either defendant as a result of that defendants' unjust enrichment?

    AstroMedia: Yes _____ No _____
    Nehring:  Yes _____ No _____

*Please proceed to Question 6.*

**Question 6 (Fraud – Conduct Elements):** Have the plaintiffs proven by clear and convincing evidence that either of the defendants engaged in fraudulent conduct?

    AstroMedia: Yes ✓ No _____
    Nehring:  Yes ✓ No _____

*If you answered YES for either of the defendants, please proceed to Question 7. If you answered NO for both of the defendants, please proceed to Question 12.*

**Question 7 (Fraud – Reliance Element):** Have the plaintiffs proven by a preponderance of the evidence that he/it actually relied on either of the defendant's fraudulent conduct?

  Plaintiffs' reliance on AstroMedia's conduct: Yes ✓ No _____

  Plaintiffs' reliance on Nehring's conduct: Yes ✓ No _____

*If you answered YES for any of the plaintiff/defendant combinations, please proceed to Question 8. If you answered NO for all of the plaintiff/defendant combinations, please proceed to Question 12.*

**Question 8 (Compensatory Damages):** Have the plaintiffs proven by a preponderance of the evidence that he/it is entitled to compensatory damages for the fraudulent conduct of either defendant?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*Please proceed to Question 9.*

**Question 9 (Restitution):** Have the plaintiffs proven by a preponderance of the evidence that he/it is entitled to restitution from either defendant as a result of that defendants' fraud?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*Please proceed to Question 10.*

**Question 11 (Punitive Damages):** Have the plaintiffs proven by a preponderance of the evidence that he/it is entitled to punitive damages from either defendant as a result of that defendants' fraud?

    Plaintiffs against AstroMedia:    Yes _____    No ✓

    Plaintiffs against Nehring:    Yes _____    No ✓

*Please proceed to Question 12.*

**Question 12 (Tortious Interference):** Have the plaintiffs proven by a preponderance of the evidence that either of the defendants tortiously interfered with their business expectancy with the Turkmenistan government?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*If you answered YES, please proceed to Question 13. If you answered NO, please proceed to Question 15.*

**Question 13 (Compensatory Damages):** Have the plaintiffs proven by a preponderance of the evidence that they are entitled to compensatory damages as a result of either of the defendants' tortious interference?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*Please proceed to Question 14.*

**Question 14 (Lost Profits):** Have either of the plaintiffs proven by a preponderance of the evidence that they are entitled to lost profits as a result of either defendant's tortious interference?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*Please proceed to Question 15.*

**Question 15 (CUTPA -- Conduct):** Have the plaintiffs proven by a preponderance of the evidence that either of the defendants engaged in an unfair or deceptive practice?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

    Plaintiffs against Nehring:    Yes ✓    No _____

*If you answered YES for either defendant, please proceed to Question 16. If you answered NO to both defendants, but you have NOT answered NO to all of the above Questions 1–15, please proceed to Question 20. If you answered NO to all of the above Questions 1–15, please sign and date this verdict form.*

**Question 16 (CUTPA – Ascertainable Loss):** Have the plaintiffs proven by a preponderance of the evidence that he/it has suffered an ascertainable loss as a result of either defendant's CUTPA violation?

    Plaintiffs against AstroMedia:    Yes ✓    No _____

4

Plaintiffs against Nehring:          Yes ✓     No ____

*If you answered YES for any plaintiff / defendant combination, please proceed to Question 17. If you answered NO to all plaintiff / defendant combinations, but you have NOT answered NO to all of the above Questions 1–16, please proceed to Question 20. If you answered NO to all plaintiff / defendant combinations, and if you and if you answered NO to all of the above Questions 1–16, please sign and date this verdict form.*

**Question 17 (Compensatory Damages):** Have the plaintiffs proven by a preponderance of the evidence that that they are entitled compensatory damages as a result of either defendant's CUTPA violation?

Plaintiffs against AstroMedia:     Yes ✓     No ____

Plaintiffs against Nehring:          Yes ✓     No ____

*Please proceed to Question 18.*

**Question 18 (Lost Profits):** Have the plaintiffs proven by a preponderance of the evidence that that they are entitled to lost profits damages as a result of either defendant's CUTPA violation?

Plaintiffs against AstroMedia:     Yes ✓     No ____

Plaintiffs against Nehring:          Yes ✓     No ____

*Please proceed to Question 19.*

**Question 19 (Attorneys' Fees):** Have the plaintiffs proven by a preponderance of the evidence that that they are entitled to attorneys' fees as a result of either defendant's CUTPA violation?

Plaintiffs against AstroMedia:     Yes ✓     No ____

Plaintiffs against Nehring:          Yes ✓     No ____

*Please proceed to Question 20.*

**Question 20 (Punitive Damages):** Have the plaintiffs proven by a preponderance of the evidence that that they are entitled to punitive damages as a result of either defendant's CUTPA violation?

    Plaintiffs against AstroMedia:    Yes _____    No __✓__

    Plaintiffs against Nehring:    Yes _____    No __✓__

*Please proceed to Question 21.*

**Question 21 (Affirmative Defense – Failure to Mitigate):** Have either of the defendants proven by a preponderance of the evidence that AMG Trading failed to mitigate its damages on any of the below claims?

    <u>AstroMedia</u>
        Breach of Contract:    Yes _____    No __✓__
        Unjust Enrichment:    Yes _____    No __✓__

    <u>Nehring</u>
        Unjust Enrichment:    Yes _____    No __✓__

*If you answered YES to any part of Question 21, please reduce your damage calculations in Questions 22–24 by the appropriate amount.*

*Please proceed to Question 22.*

<u>*Damages Calculations:*</u>

**Instructions for Question 22:** *This question breaks out damages under each cause of action FIRST in terms of the <u>kind</u> of damages you are awarding (e.g. compensatory, lost profits etc.) and SECOND in terms of which defendant is liable to pay for the total damages under that cause of action. Accordingly, there are two "total" lines under each cause of action. The lines above each "total" line should add up to that total, and the amounts on <u>both</u> "total" lines for a given cause of action should be the same. The Court has discussed some examples with you to demonstrate the appropriate use of this form.*

**Question 22:** What amount of damages do you find that each of the plaintiffs has proven by a preponderance of the evidence were caused by each defendant?

Breach of Contract
    Compensatory (Question 2)     $ 250,000
    Lost Profits (Question 3)     $ 21,518,558
    **TOTAL**     $ 21,768,558

    ONLY AstroMedia     $ 21,768,558
    **TOTAL**     $ 21,768,558

Unjust Enrichment:
    Restitution (Question 5)     $ _____
    **TOTAL**     $ _____

    ONLY AstroMedia     $ _____
    ONLY Nehring     $ _____
    Jointly and severally liable     $ _____
    **TOTAL**     $ _____

Fraud:
    Compensatory (Question 8)     $ 250,000
    Restitution (Question 9)     $ 21,718,558
    **TOTAL**     $ 21,968,558

    ONLY AstroMedia     $ _____
    ONLY Nehring     $ _____
    Jointly and severally liable     $ 21,968,558
    **TOTAL**     $ 21,968,558

Tortious Interference:
    Compensatory (Question 13)     $ 250,000
    Lost Profits (Question 14)     $ 21,518,558
    **TOTAL**     $ 21,768,558

    ONLY AstroMedia     $ _____
    ONLY Nehring     $ _____
    Jointly and severally liable     $ 21,768,558
    **TOTAL**     $ 21,768,558

CUTPA:
    Compensatory (Question 17)     $ 250,000
    Lost Profits (Question 18)     $ 21,518,558

7

|  |  |
|---|---|
| **TOTAL** | $ 21,768,558 |

|  |  |
|---|---|
| ONLY AstroMedia | $ |
| ONLY Nehring | $ |
| Jointly and severally liable | $ 21,768,558 |
| **TOTAL** | $ 21,768,558 |

*Please proceed to Question 23.*

**Instructions for Question 23:**   This question asks you to determine the full amount of <u>non-duplicative damages</u> awarded. That means that if, in Question 22, you awarded damages under <u>different causes of action</u> for the <u>same</u> damages (e.g. if you awarded the <u>same</u> lost profits under both the breach of contract and tortious interference claims), you should only count that amount <u>once</u> in the totals for this question.

**Question 23:**   Please compute the total amount of all non-duplicative damages based on the totals listed above.

|  |  |
|---|---|
| Total non-duplicative damages ONLY against AstroMedia | $ |
| Total non-duplicative damage ONLY against Nehring | $ |
| Total non-duplicative damages, jointly and severally liable | $ 21,968,558 |
| **TOTAL AWARD** | $ 21,968,558 |

*If you wrote down a non-zero number for Questions 23, please proceed to Question 24. If you wrote zero for Question 23, please sign and date this verdict form.*

**Question 24:**   Have the plaintiffs proven by a preponderance of the evidence that he/it is entitled to interest on any of the below awards?

<u>Breach of Contract – Compensatory Damages:</u>
   AMG Trading against AstroMedia:   Yes ✓   No ____

<u>Unjust Enrichment - Restitution:</u>
   AMG Trading against AstroMedia:   Yes ____   No ____

   AMG Trading against Nehring:   Yes ____   No ____

Please sign and date this verdict form.

/s/
_____          __11/20/15__
          Foreperson                       Date

9