## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIY AVETISYANTS <br> AMG TRADING, LTD. <br><br> v. <br><br> ASTROMEDIA GLOBAL, INC. <br> ALEXANDER NEHRING | ) <br> ) <br> ) <br> ) <br> ) <br> )     CASE NO.3:12-CV-912 (SRU) |

## **JUDGMENT**

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On November 20, 2015, and after deliberation, the jury returned a verdict for Plaintiffs Valeriy Avetisyants ("Avetisyants") and AMG Trading, Ltd (Reg. No. 3380618) ("AMG-TR") (sometimes collectively "Plaintiffs") on the First Count of the Complaint against Defendant AstroMedia Global, Inc. ("AstroMedia") and on the Third, Fourth and Sixth Counts of the Complaint against Defendants AstroMedia and Alexander Nehring ("Nehring") (sometimes collectively "Defendants"). Inclusive of an award of attorneys' fees (stipulated to by the parties post-verdict) in the amount of $1,073,098, the total Judgment entered in favor of Plaintiffs and against Defendants on all the foregoing causes of action is $22,941,948.08, for which Defendants are jointly and severally liable.

Additional terms and specifications pertaining to the enforcement of this Judgment are set forth in a Stipulation and Order to be filed in this matter under seal. All such terms and specifications will be enforced by the Court as if part of this Judgment.

Therefore, it is ORDERED, ADJUDGED and DECREED that this case is hereby closed.

Dated at Bridgeport, Connecticut, this 2nd day of February 1, 2016.

2

ROBIN D. TABORA, Clerk

<u>By /s/ Rochelle Jaiman</u>
Deputy Clerk

Entered on Docket  <u>2/1/16</u>